UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ELK789 LIMITED LIABILITY COMPANY, PING LAI MA, and KE YUAN, | Case No.: 3:23-cv-01665-AR |
| Plaintiffs, | ORDER |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Jeffrey Armistead issued a findings and recommendation ("F&R") in this case on February 25, 2026, recommending that defendant State Farm Fire and Casualty Company's motion for summary judgment should be granted; plaintiffs ELK789 Limited Liability Company, Ping Lau Ma, and Ke Yuan's motion to extend expert discovery *nunc pro tunc* should be denied; and plaintiffs' motion to submit new evidence and defendant's motion to strike should be denied as moot. Plaintiffs filed objections to the F&R, arguing that the motion for summary judgment should be denied as to ELK789's breach of insurance contract and negligence per se claims and that plaintiffs' motion to extend expert discovery should be granted. Plaintiffs did not object to portions of the F&R relating to the claims brought on behalf of Ping Lai Ma or Ke Yuan. Defendant responded in opposition to plaintiffs' objections. This matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(l). When a magistrate judge issues a findings and recommendation report, and a party files objections, "the court shall make a de novo

1

determination of those portions of the report." *Id.* No specific standard of review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985). However, the Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

The Court, having carefully considered plaintiffs' objections and reviewed the pertinent portions of the record de novo, finds that there is no basis to modify the F&R. The Court therefore adopts the F&R as its own.

*   *   *

Having undertaken a de novo review of the record as it relates to plaintiffs' objections, as well as a review for clear error of the portions of the F&R to which plaintiffs do not object, the Court ADOPTS the F&R, ECF 44, in full. Defendant's motion for summary judgment, ECF 9, is GRANTED, plaintiffs' motion to extend expert discovery *nunc pro tunc*, ECF 16, is DENIED. In light of these findings, plaintiffs' motion to submit new evidence, ECF 32, and defendant's motion to strike, ECF 39, are DENIED as moot.

IT IS SO ORDERED.

DATED this 29th day of June, 2026.

_____
Adrienne Nelson
United States District Judge